**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**James Michael ROBINSON,**
**Defendant–Appellant.**

**No. 06–51420**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 19, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, SMITH and BARKSDALE, Circuit Judges.

PER CURIAM: *

James Michael Robinson appeals from the sentence imposed following revocation of his term of supervised release, arguing that his 24–month sentence was unreasonable. The district court twice modified Robinson's terms of release, but Robinson continued to violate the terms of his supervision. The record reflects that the district court properly considered the 18

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.C. § 3553(a) factors when imposing Robinson's sentence. *See United States v. Gonzalez,* 250 F.3d 923, 930 (5th Cir.2001). Robinson's sentence, which was the statutory maximum, was neither unreasonable nor plainly unreasonable. *See United States v. Hinson,* 429 F.3d 114, 120 (5th Cir.2005). Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.